IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         4:07CR414
                             )
        v.                   )
                             )
STEVEN HARWOOD,              )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 22). The Court notes plaintiff has no objection. Subject to the filing of a written waiver of speedy trial, said motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion is conditionally granted. Trial of this matter is rescheduled for:

**Monday, February 25, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have additional time to pursue plea negotiations or prepare for trial. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 14, 2008, and February 25, 2008, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 10th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court